IN THE UNITED STATES CIRCUIT COURT FOR
THE TENTH CIRCUIT COURT OF APPEAL

| | | |
|---|---|---|
| ANTHONY SANCHEZ, | § | Case no: 23-6132 |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| CHRISTIE QUICK, WARDEN | § | |
| OKLAHOMA STATE PENITENTIARY, | § | |
| | § | |
| Appellee, | § | |

NOTICE OF APPEARANCE

Now comes counsel and makes his appearance on behalf of the Appellant.

Respectfully submitted,

s/ Eric Allen

_____
Eric J. Allen (0073384)
The Law Office of Eric J. Allen, Ltd.
4200 Regent Street, Suite 200
Columbus, Ohio 43215
Ph.: (614) 443-4840

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent to the via Electronic Mail this 17th day of September 2023.

S/ Eric Allen

_____
Eric J. Allen (0073384)